IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| CHRISTIAN X. HARRIS, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CIV-19-530-PRW |
| STATE OF OKLAHOMA, | ) ) ) | |
| Respondent. | ) | |

## ORDER

On June 25, 2019, United States Magistrate Judge Bernard Jones issued a Report and Recommendation in this action. The Magistrate Judge recommended that Petitioner's motion for leave to proceed *in forma pauperis* (Dkt. 7) be denied and the action be dismissed without prejudice unless Petitioner paid the full filing fee within twenty-one days of any order adopting this Report and Recommendation. Petitioner was advised of his right to object to the Report and Recommendation by July 16, 2019. A review of the file reveals that while Petitioner has filed no objection, he paid the filing fee on July 10, 2019.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation (Dkt. 8) issued by the Magistrate Judge on June 25, 2019;

(2) DENIES Petitioner's motion to proceed *in forma pauperis*; and

(3) RECOMMITS this action to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 15th day of July, 2019.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE