# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTIAN XAVIER HARRIS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-19-530-J |
| JAMES YATES, Warden,<br>Davis Correctional Facility, | ) ) ) ) |
| Respondent. | ) |

## **JUDGMENT**

Pursuant to the Order filed separately this same date, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED and judgment is entered in favor of Respondent.

ENTERED this 22nd day of January, 2020.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE